O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PEGGY J. RICHMOND,                          ) Case No. CV 09-01832-DTB
                                            )
                         Plaintiff,         )
                                            ) **J U D G M E N T**
              vs.                           )
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of Social Security,            )
                                            )
                         Defendant.         )
_____ )

       In accordance with the Order Reversing Decision of Commissioner and
Remanding for Further Administrative Proceedings, filed herewith,

       IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
Security is reversed and this matter is remanded for further administrative
proceedings.

DATED: October 4, 2010

_____
THE HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1