1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Peggy J. Richmond

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | PEGGY J. RICHMOND,            ) Case No.: CV 09-1832 DTB
                                   )
11 |        Plaintiff,             ) {PROPOSED} ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
12 |   vs.                         ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,            ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security, ) U.S.C. § 1920
14                                 )
            Defendant              )
15                                 )
                                   )
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $2,940.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized

21 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22 DATE:    December 15, 2010

23

24 _____
   THE HONORABLE DAVID T. BRISTOW
   UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 |         /s/ Lawrence D. Rohlfing
        _____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Peggy J. Richmond

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26